# Giskan Solotaroff Anderson & Stewart LLP
ATTORNEYS AT LAW

11 Broadway, Suite 2150  
New York, NY 10004

TELEPHONE: (212) 847-8315  
FACSIMILE: (646) 520-3235

February 6, 2009

BY ECF

Hon. William D. Wall  
United States District Court  
Eastern District of New York  
100 Federal Plaza, Courtroom 820  
Central Islip, NY 11722

Re: Evans, et al. v. Canon U.S.A. Inc., et al., 08-CV-4329

Your Honor:

Please find enclosed two *pro hac vice* applications for Jonathan Shub, Esq. and Scott Alan George, Esq., to be filed in the above-captioned matter.

We previously submitted both applications along with checks for their corresponding fees on January 6, 2009, and are resubmitting them to correct an error on the original notices of motion. Upon contacting Your Honor's chambers, we were advised that the Certificates of Good Standing included in our corrected *pro hac vice* applications would be honored past 30 days.

Thank you for your attention to this matter.

Sincerely yours,

Jason L. Solotaroff